UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| JORDAN RICH, <br><br> Plaintiff, <br><br> v. <br><br> CODY MARSH, et al., <br><br> Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO AMEND COMPLAINT <br><br> Case No. 4:24-cv-00010-DN-PK <br><br> District Judge David Nuffer <br><br> Magistrate Judge Paul Kohler |

This matter is before the Court of Plaintiff's Motion to Amend Complaint.[1] Unless able to amend as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave."[2] "The court should freely give leave when justice so requires."[3] "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'"[4] Here, there is no evidence of undue delay, bad faith, dilatory motive, repeated failures to cure, undue prejudice, or futility. Therefore, Plaintiff's Motion is GRANTED and leave to amend is given.

---

[1] Docket No. 13, filed April 28, 2024.

[2] Fed. R. Civ. P. 15(a)(2).

[3] *Id.*

[4] *Foman v. Davis*, 371 U.S. 178, 182 (1962).

The Clerk of Court is directed to file the Amended Complaint that was attached to Plaintiff's Motion. Plaintiff's deadline to complete and return to the clerk's office a summons and Service of Process form for each Defendant is extended to May 31, 2024.

    SO ORDERED.

    DATED this 30th day of April, 2024.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge
